NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney

    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8946
    Facsimile:  (415) 744-0134
    Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MOLLY THOMPSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No.: 5:19-cv-01730-AGR<br><br>[PROPOSED] ORDER FOR REMAND |

-1-

1  Based upon the parties' Stipulation for Voluntary Remand Pursuant to
2  Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand"), and for cause
3  shown, **IT IS ORDERED** that the above-captioned action be remanded to the
4  Commissioner of Social Security for further proceedings consistent with the terms
5  of the Stipulation for Remand.

DATED: July 24, 2020

*alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE