NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE J. YANG, CSBN 276380
Special Assistant United States Attorney

   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8946
   Facsimile:  (415) 744-0134
   Email:  annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MOLLY THOMPSON,<br><br>      Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>      Defendant. | Case No.: 5:19-cv-01730-AGR<br><br>[~~PROPOSED~~] **JUDGMENT FOR REMAND** |

1 | The Court having approved the parties' Stipulation to Voluntary Remand
2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 | ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 | Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 | **DECREED** that the above-captioned action is remanded to the Commissioner of
6 | Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: July 24, 2020

*Alicia G. Rosenberg*

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE